# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dzidra Fuller,<br><br>     Plaintiff,<br><br> v.<br><br>Jui Li Enterprise Company Ltd., et al.,<br><br>     Defendants. | Master Case No: 2:09-cv-00852-LA<br><br>Case No. 2:13-cv-00946-LA |

## STIPULATION OF VOLUNTARY DISMISSAL

  According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to Dzidra Fuller's dismissal of her claims with prejudice against Defendants. Each side to bear their own costs.

DATED: February 27, 2015     Respectfully submitted,

                */s/*Derek G. Howard
                Derek G. Howard
                **MINAMI TAMAKI LLP**
                360 Post Street, 8th Floor
                San Francisco, CA 94108
                (415) 788-9000
                dhoward@minamitamaki.com

                *Counsel for Dzidra Fuller and*
                *Interim Co-Lead Class Counsel for the putative*
                *Indirect Purchaser Class*


                */s/*Cindy Hinkle
                Cindy Hinkle
                BUCHANAN INGERSOLL & ROONEY, P.C.
                One Oxford Centre
                301 Grant Street, 20th Floor
                Pittsburgh, PA 15219-1401
                (412) 562-8800
                Cindy.hinkle@bipc.com

*Attorney for Defendants Auto Parts Industrial,
Ltd. and Cornerstone Auto Parts, LLC*


/s/ Yi-Chin Ho
Yi-Chin Ho
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071
Yichin.ho@lw.com

*Attorney for Defendants Gordon Auto
Body Parts; Tong Yang Industry Co., Ltd.;
Taiwan Kai Yih Industrial Co., Ltd.; TYG
Products, L.P.; and Jui Li Enterprises Co. Ltd.*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 27, 2015 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

           */s/*Derek G. Howard
           Derek G. Howard
           **MINAMI TAMAKI LLP**
           360 Post Street, 8th Floor
           San Francisco, CA 94108
           (415) 788-9000
           dhoward@minamitamaki.com